IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKLIN MILLS ASSOCIATES, L.P. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-3045 |
| NATIONWIDE LIFE INSURANCE | : | |
| COMPANY | : | |

### ORDER

**AND NOW**, this   12th    day of December, 2011, upon consideration of Plaintiff Franklin Mills Associates L.P.'s Motion for Summary Judgment (ECF No. 11) and Defendant Nationwide Life Insurance Company's Cross-Motion for Summary Judgment and Motion to Strike (ECF No. 12), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Cross-Motion for Summary Judgment is **DENIED**.

2. Defendant's Motion to Strike Exhibit B to Plaintiff's Complaint and Exhibit D to Plaintiff's Motion for Summary Judgment is **DENIED**.

3. Defendant's Motion to Strike Exhibit E to Plaintiff's Motion for Summary Judgment is **DENIED** without prejudice.

4. Plaintiff's Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part as follows:

    a. As to Count I of the Complaint for breach of contract, Plaintiff's Motion is **GRANTED** and judgment is entered in favor of Plaintiff Franklin Mills Associates L.P.;

    b. As to Plaintiff's request for specified damages, Plaintiff's Motion is

**DENIED** for the reasons set forth in the accompanying Memorandum.

**IT IS SO ORDERED.**

                                    **BY THE COURT:**

                                    _____

                                    **R. BARCLAY SURRICK, J.**